United States District Court
Southern District of Texas
**ENTERED**
May 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORRIS WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-3269 |
| | § | |
| TRANSUNION, LLC AND | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant Experian Information Solutions, Inc.'s

Opposed Motion for Extension of Time (Document No. 6). Having considered the

motion, submissions, and applicable law, the Court determines that the motion

should be granted. Accordingly, the Court hereby

**ORDERS** that Defendant Experian Information Solutions, Inc.'s Opposed

Motion for Extension of Time (Document No. 6) is **GRANTED**.

SIGNED at Houston, Texas, on this __19__ day of May, 2026.

DAVID HITTNER
United States District Judge