IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MORRIS WILLIAMS, §
§
Plaintiff, §
§
v. §     Civil Action No. 4:26-CV-03269
§
TRANSUNION LLC, and EXPERIAN §
INFORMATION SOLUTIONS, INC., §
§
Defendants. §

### DEFENDANT TRANS UNION LLC'S CERTIFICATE
### AND DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

COMES NOW Trans Union LLC, one of the Defendants herein, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, files this, its Certificate and Disclosure of Financially Interested Parties, and in support thereof would respectfully show the Court as follows:

### I.     TRANS UNION LLC'S DISCLOSURE OF FINANCIAL INTERESTS

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

### II.     CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Defendant Trans Union LLC, files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are

financially interested in the outcome of this litigation, noting whose securities are publicly traded, by underlining the name:

Morris Williams

Experian Information Solutions, Inc.

Trans Union LLC

TransUnion Intermediate Holdings, Inc.

<u>TransUnion</u>

<u>Massachusetts Financial Services Company</u>

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Respectfully submitted,

*/s/ Najeeb Aminyar*

Najeeb Aminyar
Attorney-in-Charge
Texas Bar No. 24136705
Southern Texas Bar No. 3966242
najeeb.aminyar@qslwm.com
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5450
Fax: (214) 871-2111
**Counsel for Trans Union LLC**

10083192.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Vincent J. Hess
Troutman Pepper Locke LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214-740-8732
Email: vince.hess@troutman.com

I hereby certify that I have sent by U.S. First Class Mail the above and foregoing document to the following non-CM/ECF participants:

Morris Williams
9311 FM 1488 30-111
Montgomery, TX 77354
*Pro Se Plaintiff*

*/s/ Najeeb Aminyar*
**NAJEEB AMINYAR**

10083192.1