UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-03269 |
|---|---|---|---|

| Morris Williams |
|---|
| *versus* |
| TransUnion, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jared A. Boone<br>Venable LLP<br>227 W. Monroe St., Suite 1900<br>Chicago, IL 60606<br>jaboone@venable.com<br>312-820-3445<br>IL Bar No. 6348847 |
|---|---|

| Name of party applicant seeks to appear for: | Experian Information Solutions Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____     No ____✔____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 7/10/2026 | Signed: /s/ Jared A. Boone |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                            United States District Judge