# EXHIBIT A

Personal Credit Report for:
**MORRIS WILLIAMS**

File Number:
**402087829**

Date Created:
**11/19/2025**

Visit **transunion.com/dispute** to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ☐.

## 8 Personal Information

You have been on our files since 11/04/2003. Your SSN has been masked for your protection.

**Credit Report Date**

11/19/2025

**Social Security Number**

**Date of Birth**

Name

Credit Life (402087829-142)
  Friday, December 19, 2025

----------------------------------
Information For Internal Use Only
----------------------------------

Initially Pulled On:   Friday, December 19, 2025
              At:   3:12:16 am
              By:   ██████████████████████
              At:   Intelenet

    Number of Files:   1
  Credit Data Source:   CRS3(C3)

-----
Input
-----

                    SSN:   ████████████
          Date of Birth:   ██████████████████
                   Name:   MORRIS TRAVELL WILLIAMS
              Telephone:   ████████████████
               Employer:   ████████████

         Current Address:   ████████████████████████

        Previous Address:   ████████████████████████

    Name (Post-Parsing) :   ████████████████████████
CurrentAddress (Post-Parsing) :   ████████████████████████

 PrevAddress (Post-Parsing) :   ████████████████████████

CREDIT COLLECTION SERVIC 1707****

## Account Information

**Address**                                    P O BOX 607 NORWOOD, MA 02062

**Phone**                                      (603) 570-4784

**Date Opened**                                08/25/2025

**Responsibility**                             Individual Account

https://annualcreditreport.transunion.com/dss/disclosure.page

14/37

**Account Type**                               Open Account

**Loan Type**                                  COLLECTION AGENCY/ATTORNEY

**Balance**                                    $359

**Date Updated**                               11/11/2025

**High Balance**                               $359

**Original Creditor**                          PROGRESSIVE

**Past Due**                                   $359

**Pay Status**                                 >Collection<

Dispute Line Item - Account (402087829-███████
   Friday, December 19, 2025
   FILE A

Subscriber          CREDIT COLLECTION

                    ███████████████

                    Before                    After
                    ------                    -----
General Account Data:

| Acct Nbr | 1707-1732 |
|---|---|
| Portf Typ | O: Open Account |
| Type Acct | AG: COLLECTION AGENCY/ATTORNEY |
| ECOA | I: Individual Account |
| Fst Rpt Dte | 11/17/2025 |
| End Dte | |

Affiliate Remark:
-------------------

Remark Cd
Dt Repted

Generic Remark:
-----------------

Gen Rem Cd
Dt Repted

Compliance Remark:
--------------------

Com Rem Cd          AID: ACCT INFO
                    DISPUTED BY CONSUMR

# EXHIBIT B

**Personal Credit Report for:**
MORRIS WILLIAMS

**File Number:**
402087829

**Date Created:**
03/26/2026



Looking for your credit score too?

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ☑.

## 👤 Personal Information

Your SSN has been masked for your protection.



**Credit Report Date**

03/26/2026

**Social Security Number**

██████████

**Date of Birth**

█████████

Feedback

Disclosure (402087829-159)
Thursday, March 26, 2026

------------------------------

Information For Consumers

------------------------------

|  |  |
|--|--|
| Number of Files: | 1 |
| Received On: | Thursday, March 26, 2026 |
| Via: | Internet (DWS) |
| Consumer States: | N/A |
| Proof Provided: | None |
| Current Status: | Request Completed |
| Printed On: | E-mail sent on Thursday, March 26, 2026 |
| Print Language: | English |
| Sent Score: | No |
| Mailed To Consumer At: | █████████████████ |

------------------

Payment Processing

------------------

| Products Requested: | Disclosure ($0.00) |
|--|--|
| Fee Expected: | $0.00 |
| Fee Received: | $0.00 |
| Refund Amount: | $0.00 |

------------------------------

Information For Internal Use Only

------------------------------

# Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

REGIONS BANK CREDIT CARD 410064001758****

## Account Information

| | |
|---|---|
| **Address** | 2050 PARKWAY OFFIC,ALBH40402B HOOVER, AL 35244 |
| **Phone** | Phone number not available |
| **Date Opened** | 11/03/2022 |
| **Responsibility** | Individual Accour |
| **Account Type** | Revolving Accou |
| **Loan Type** | SECURED CREDIT CAR |
| **Balance** | $0 |
| **Date Updated** | 11/24/2025 |
| **Payment Received** | $100 |
| **Last Payment Made** | 10/25/2025 |
| **Pay Status** | >Paid, Closed; was 90 days past due date< |
| **Terms** | Paid Monthly |
| **Date Closed** | 10/24/2025 |

Chat Now

Dispute Line Item - Account (402087829-170-01)
   Tuesday, April 07, 2026
   FILE A

Subscriber    REGIONS BANK CREDIT
              CARD ███████████    ←──────────────

              Before                    After
              ──────                    ─────

General Account Data:
─────────────────────────

| Acct Nbr | 4100-6400-1758-6318 |

Portf Typ      R: Revolving Account
Type Acct      SC: SECURED CREDIT
               CARD
ECOA           I: Individual
               Account
Fst Rpt Dte    12/27/2022
End Dte

Affiliate Remark:
─────────────────────

Remark Cd
Dt Repted

Generic Remark:
─────────────────

Gen Rem Cd     CBG: CLOSED BY
               CREDIT GRANTOR

Dt Repted

Compliance Remark:
─────────────────────

Com Rem Cd
Dt Repted

Rating History Remark:

# EXHIBIT C

26(b); FED. R. EVID. 502. Trans Union also objects to this Interrogatory because with discrete sub-parts Plaintiff has exceeded the maximum number of interrogatories limited to 25 by the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 5**: Identify each business rule, formatting rule, masking rule, truncation rule, suppression rule, or system logic used by Trans Union that could cause a disclosure to omit, abbreviate, redact, truncate, suppress, or fail to display any account number, account type, original creditor field, payment-history field, DOFD field, estimated-removal-date field, source field, or vendor-source field. Your answer must include the name of each rule, the date it was implemented, the reason for its implementation, and whether it applies to disclosures provided to creditors.

**ANSWER:** Consumer reporting agencies such as Trans Union mask or truncate account numbers in consumer disclosures to protect consumer privacy and ensure the security of sensitive information in compliance with the Fair Credit Reporting Act ("FCRA"), other applicable laws, and the oversight of relevant federal agencies. Trans Union discloses tradeline-related information in the consumer's credit file as defined by applicable law. *See Gillespie v. Trans Union Corp.*, 482 F.3d 907, 909 (7th Cir. 2007). Further answering, in accordance with Federal Rule of Civil Procedure 33(d), Trans Union refers Plaintiff to Trans Union's documents previously produced and labeled TU 1 – TU 329, as well as the relevant parts of its confidential policies and procedures, where details and additional information responsive to this Interrogatory may be ascertained and the burden on Plaintiff to do so is substantially the same as it is on Trans Union.

Trans Union has limited its search for information responsive to this Interrogatory to its consumer operations documents from November 19, 2025, to April 30, 2026. Trans Union objects to this Interrogatory on the grounds that it is vague and fails to adequately define the information sought because Plaintiff has not defined what he means by "each business rule, formatting rule, masking rule, truncation rule, suppression rule, or system logic." Trans Union objects to this Interrogatory on the grounds that it is not limited to information relevant to this case and is not proportional to the needs of the case because "each business rule, formatting rule, masking rule, truncation rule, suppression

8

10149822.2

# EXHIBIT D

TRANS UNION CORPORATION

CONSUMER RELATIONS

CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED

DATE: 12/23/25    TIME: 06:09
PAGE:32112

DEPT:

SUBSCRIBER RESPONSE DATE:  12/22/25
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 01/14/26

CONTROL: 402087829    143   001      IMAGE: YES - 0
DATE ENTERED: 12/19/25          DATE RECD: 12/19/25
VERF     SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

NAME: MORRIS TRAVELL WILLIAMS
AKA:
ADDR:

PREV:

SSN:
DOB:
PHONE

(S) NAME:
    AKA:
(D) ADDR:

(U) PREV:

(S)  SSN:
(S)  DOB:
(D) PHONE:

CONSUMER      Claims paid the original creditor before collection status/paid before charge off.  Verify Account Status, Payment Rati
DISPUTE:      Disputes Date Opened, Date of Last Payment and/or Date Closed.   Verify Date Opened, Date of Last Payment and/or Date C
CONSUMER MESSAGE:  Verify account number

RESPONSE CODE:   23 DISPUTED INFORMATION ACCURATE. UPDATED ACCOUNT INFORMATION UNRELATED TO THE DISPUTE.
-------------------------------------------------------------------------------------------------------------------
SUPPRESS?:                           UPDATE?: X     AUTH BY: THE CCS COMPANIES           /   -   -
-------------------------------------------------------------------------------------------------------------------

SUBSCRIBER:  The CCS Companies          ACCOUNT #:17071732              SUB.CODE:  1GZD005     OPEN DATE:   08/25/25

UPDATE?       ACCOUNT STATUS      PAYMENT RATING    COMPL COND CODE      SPECIAL COMMENTS      CONS INFO IND
  *              93                                   XB
    ORIGINAL-->    93                                 XB
               PORF TP.    ACCOUNT TP.         ECOA          PAYMENT AMT        PAYMENT DATE
  *                                                              $0
    ORIGINAL-->  O      AG: COLL AGCY/ATTRNY   I
               OPENED       EFFECTIVE                      CURRENT BLNC        PAST DUE
  *                         12/22/25
    ORIGINAL-->  08/25/25   12/09/25                        $359              $359
               CLOSED                                    CREDIT LIMIT        HIGH CREDIT

    ORIGINAL-->                                                                $359
               DT 1ST DEL     ORIG CHRG OFF              PP START DT    PYMT PATTERN   ORIGINAL PP

Case 4:26-cv-03269   Document 27-1   Filed 07/23/26 in TXSD   Page 15 of 26

0ERROR CODE: 000387-Document is Not a Police Report/Fraud DocRe

--------------------------------------------------------------------------------

WORK TYPE: INTERNET MANUAL DISPUTE
DISPUTE ID: D97441172

IMAGE #: U18366458

FIN:  402087829              SSN: ███████████

PID:  722876403110          MORRIS TRAVELL WILLIAMS
                            ████████████████████████████

                            █████████████

--------------------------------------------------------------------------------

TRADELINE DISPUTES:

ACCT #: 17071732        NAME: CREDIT COLLECTION SERVIC   SUBCODE:1GZD005

CLAIM: C9
CLAIM DESC: Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information.

COMMENTS:  Illegal open account classification, inaccurate past due status on static debt, and conflicting date
           of first delinquencies across the three cra

Dispute Line Item - Account (402087829

Friday, December 19, 2025

--------------------------------

Information For Consumers

--------------------------------

| | |
|---|---|
| Data Furnisher: | CREDIT COLLECTION SERVIC (YC 1GZD005) |
| Account Number: | 1707-1732 |

| | |
|---|---|
| Disputes: | E1: Claims paid the original creditor before collection status/paid before charge off. Verify Account Status, Payment Rating, Current Balance, Amount Past Due and Account History. F6: Disputes Date Opened, Date of Last Payment and/or Date Closed. Verify Date Opened, Date of Last Payment and/or Date Closed. |
| Consumer Comment: | Verify account number |
| Received On: | Thursday, December 18, 2025 |
| Via: | Mail |
| Current Status: | Request completed, credit report updated |
| Data Furnisher Response: | Disputed information accurate. Updated account information unrelated to the dispute. |
| Ownership Verification Of: | Date of Birth, Name, SSN |
| Notes (DAVE): | █████████████ |
| CC/Results Verbiage: | VERIFIED AS ACCURATE AND UPDATED |

--------------------------------

Information for Internal Use

Dispute Line Item - Account (402087829- ███████

| Tuesday, April 07, 2026 |

----------------------------

Information For Consumers

----------------------------

| Data Furnisher: | REGIONS BANK CREDIT CARD (BC 2DPZ001) |
| Account Number: | 4100-6400-1758-6318 |

| | |
|---|---|
| Disputes: | A9: Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
| | F1: Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due. |
| Consumer Comment: | Verify closed, last payment date, 90 Days Past Due, Date of First Delinquency |
| Received On: | Monday, April 6, 2026 |
| Via: | Mail |
| Current Status: | Request completed, credit report updated |
| Data Furnisher Response: | Disputed information accurate. Updated account information unrelated to the dispute. |
| Ownership Verification Of: | Address,Date of Birth,Name,SSN |
| Notes(DAVE): | 01 02 05 DOB/23 |
| CC/Results Verbiage: | VERIFIED AS ACCURATE AND UPDATED |

----------------------------

Information for Internal Use

TRANS UNION CORPORATION
CONSUMER RELATIONS
CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED

DATE: 04/29/26  TIME: 07:12
PAGE:37578

DEPT:
SUBSCRIBER RESPONSE DATE:  04/29/26
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 05/03/26

CONTROL: 402087829   170  001     IMAGE: YES - 0
DATE ENTERED: 04/07/26              DATE RECD: 04/07/26
VERF    SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

NAME: MORRIS TRAVELL WILLIAMS
AKA:
ADDR:

PREV:

SSN:
DOB:
PHONE:

(S) NAME:
    AKA:
(S) ADDR:

(U) PREV:

(S)  SSN:
(S)  DOB:
(U) PHONE:

CONSUMER     Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Acco
DISPUTE:     Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due.
CONSUMER MESSAGE:  Verify closed last payment date 90 Days Past Due Date of First Delinquency

RESPONSE CODE:    23 DISPUTED INFORMATION ACCURATE. UPDATED ACCOUNT INFORMATION UNRELATED TO THE DISPUTE.
--------------------------------------------------------------------------------------------------------------------
SUPPRESS?:                                UPDATE?: X     AUTH BY:                              /
--------------------------------------------------------------------------------------------------------------------
SUBSCRIBER:  REGIONS FINANCIAL CORP          ACCOUNT #:4100640017586318          SUB.CODE:  2DPZ001   OPEN DATE:  11/03/22

UPDATE?        ACCOUNT STATUS        PAYMENT RATING      COMPL COND CODE      SPECIAL COMMENTS      CONS INFO IND
  *                13                      3                                         M
        ORIGINAL-->    13                  3                                         M
                PORF TP.    ACCOUNT TP.                ECOA             PAYMENT AMT          PAYMENT DATE

        ORIGINAL-->  R        SC: SECURED CRDT CARD      I                  $100               10/25/25
                OPENED           EFFECTIVE                           CURRENT BLNC         PAST DUE
  *                               10/25/25
        ORIGINAL-->  11/03/22     11/24/25                                  $0                 $0
                CLOSED                                                 CREDIT LIMIT         HIGH CREDIT

        ORIGINAL-->  10/24/25                                               $300               $165

| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2023 |
|---|---|
| Rating | OK |



**CREDIT COLLECTION SERVIC #1707****** ( P O BOX 607, NORWOOD, MA 02062, (603) 570-4784 )

| | | | | |
|---|---|---|---|---|
| Placed for collection: | 08/25/2025 | Date Updated: | 12/09/2025 | Pay Status: ›In Collection‹ |
| Responsibility: | Individual Account | Original Amount: | $359 | |
| Account Type: | Open Account | Original Creditor: | PROGRESSIVE (Insurance) | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | | | |

Estimated month and year that this item will be removed: 05/2032

| | 12/2025 | 11/2025 | 10/2025 |
|---|---|---|---|
| Balance | $359 | $359 | |
| Scheduled Payment | | $0 | |
| Amount Paid | | $0 | |
| Past Due | $359 | $359 | |
| Remarks | AID/CLA | AID/CLA | |
| Rating | COL | COL | COL |

**REGIONS BANK CREDIT CARD #410064001758****** ( 2050 PARKWAY OFFIC, ALBH40402B, HOOVER, AL 35244, Phone number not available )

| | | | | |
|---|---|---|---|---|
| Date Opened: | 11/03/2022 | Date Updated: | 11/24/2025 | Pay Status: ›Paid, Closed; was 90 days past due date‹ |
| Responsibility: | Individual Account | Payment Received: | $100 | |
| Account Type: | Revolving Account | Last Payment Made: | 10/25/2025 | Terms: Paid Monthly |
| Loan Type: | SECURED CREDIT CARD | | | Date Closed: 10/24/2025 |
| | | | | Date Paid: 10/25/2025 |
| | | | | ›Maximum Delinquency of 90 days in 10/2025 for $45 and in 11/2025‹ |

High Balance: High balance of $29 from 06/2023 to 06/2023; $139 from 07/2023 to 07/2023; $165 from 08/2023 to 07/2025; $165 from 09/2025 to 11/2025

Credit Limit: Credit limit of $300 from 06/2023 to 07/2025; $300 from 09/2025 to 11/2025

Estimated month and year that this item will be removed: 06/2032

| | 11/2025 | 10/2025 | 09/2025 | 08/2025 | 07/2025 | 06/2025 | 05/2025 | 04/2025 | 03/2025 | 02/2025 | 01/2025 | 12/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $100 | $98 | | $93 | $91 | $0 | $53 | $67 | $80 | $93 | $120 |
| Scheduled Payment | | $15 | $15 | | $15 | $0 | $0 | $15 | $15 | $15 | $15 | $0 |
| Amount Paid | $100 | $0 | $0 | | $0 | $0 | $53 | $15 | $15 | $15 | $30 | $0 |
| Past Due | $0 | $45 | $30 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | CBG/CLO | CBG | | | | | | | | | | |
| Rating | 90 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $28 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $143 | $154 | $165 | $139 | $0 | | | | | | |
| Scheduled Payment | $0 | $15 | $15 | $15 | $0 | $0 | | | | | | |
| Amount Paid | $144 | $15 | $15 | $15 | $0 | $0 | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| Morris Williams,<br>              *Plaintiff,*<br><br>*versus*<br><br>Trans Union, LLC, and Experian<br>Information Solutions, Inc.,<br>              *Defendant.* | § § § § § § § § § § | **Case No:** 4:26-cv-03269 |

## PLAINTIFF'S DECLARATION OF MORRIS WILLIAMS

My name is **Morris Williams**, and I am over eighteen years of age, of sound mind, and capable of making this declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

1.     My name is Morris Williams. I am the Plaintiff in this action.

2.     I am a "consumer" as defined by the Fair Credit Reporting Act ("FCRA").

3.     On or about **November 21, 2025**, I submitted a request for my complete consumer file disclosure through the centralized source established under 15 U.S.C. §1681j(b).

4.     On or about **March 26, 2026**, I submitted a second request for my complete consumer file disclosure through the same centralized source.

5.     I did not request withholding, truncation, masking, scrambling, suppression, or redaction of any information in my file disclosure for either request.

6.     On November 19, 2025, Trans Union provided me with a file disclosure template. In that disclosure, Trans Union masked and scrambled my account numbers and omitted payment histories, balance histories, and other account-level information. The disclosure stated that account numbers were masked "*for your protection.*"

7.     On March 26, 2026, Trans Union provided me with another file disclosure template. This disclosure contained the same omissions and masking practices as the November 19, 2025 disclosure.

8.     I did not ask Trans Union to mask, truncate, scramble, or omit any information in either disclosure.

9.     The omissions and masking in Trans Union's disclosures caused me confusion, frustration, and wasted time because I could not determine what information Trans Union actually retained in my file.

10.     I later learned through discovery that Trans Union possessed complete account numbers, payment histories, balance histories, and other internal data fields in its internal records, including ACDV data, Metro-2 fields, and activity logs.

11. I also learned that Trans Union admitted in response to **Interrogatory No. 5** that **it—not the furnisher—truncated my account number** *"for security purposes,"* confirming that Trans Union possessed the full account number internally.

12. Because Trans Union withheld information that it retained in my file, I did not receive the complete file disclosure required by 15 U.S.C. §1681g(a)(1).

13. I suffered informational injury at the moment Trans Union failed to disclose the information required by federal law.

14. *Attached as* **Exhibit A** is a true and correct copy of the consumer file disclosure Trans Union provided to me on November 19, 2025. I received this disclosure directly from Trans Union. Any redactions appearing in Exhibit A were made solely to protect personal identifying information and do not alter the substance of the document.

15. *Attached as* **Exhibit B** is a true and correct copy of the consumer file disclosure Trans Union provided to me on March 26, 2026. I received this disclosure directly from Trans Union. Any redactions appearing in Exhibit B were made solely to protect personal identifying information and do not alter the substance of the document.

16. *Attached as* **Exhibit C** is a true and correct copy of Trans Union's written discovery responses, including its verified response to Interrogatory No.

5. Trans Union produced these responses to me during discovery. Any redactions appearing in **Exhibit C** were made solely to protect personal identifying information and do not alter the substance of the document.

17.    *Attached as* **Exhibit D** is a true and correct copy of the ACDV and Metro-2 data produced by Trans Union in discovery. I received these documents directly from Trans Union as part of its discovery production. Any redactions appearing in **Exhibit D** were made solely to protect personal identifying information and do not alter the substance of the document.

18.    *Attached as* **Exhibit F** is a true and correct copy of an additional ACDV form produced by Equifax in discovery. I received this document directly from Equifax as part of its discovery production. Any redactions appearing in **Exhibit F** were made solely to protect personal identifying information and do not alter the substance of the document. The ACDV form shows that the furnisher reported the complete account number to the consumer reporting agencies.

I declare under *penalty of perjury* that the foregoing is true and correct.

**EXECUTED** on *July 20, 2026* Conroe, Texas.

/s/ *Morris Williams*
Morris Williams

# EXHIBIT F

**COLLECTION**                    **AUTOMATED CONSUMER DISPUTE VERIFICATION**                    **EQUIFAX**

| | | | |
|---|---|---|---|
| Control Number | 99995353520349005 | Dispute 1 | [ 053 ] CONSUMER STATES INACCURATE INFORMATION. PROVIDE OR CONFIRM COMPLETE ID AND VERIFY ALL ACCOUNT INFORMATION. |
| Origin NCRA | EFX | Bureau Code | 9999 |
| Date Created | 12/19/2025 | Response Due | 01/10/2026 |
| Subscriber Code | 178YC12959 | Dispute 2 | |
| Account Number | 17071732 ← | | |
| Grantor Name | The CCS Companies | FCRA Relevant Information | IMAGE ATTACHED |
| Responder Name | ████████ | | |
| Responder Phone | | Response Date | 12/30/2025 |
| Response Code | ☐ Verified As Reported | ☑ Cons Dispute not specific. Cons Info Verified. Acct Info Updtd | ☐ Delete Account |   ☐ Delete Fraud |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | WILLIAMS MORRIS T | ☐ | Name | WILLIAMS MORRIS |
| AKA/FN | | ☐ | AKA/FN | |