

US POSTAGE IMI 827460720104532 2000393282
$9.27
SSK
FCM

07/20/26    Mailed from 77380    028W2311557

**USPS FIRST-CLASS MAIL®**

MORRIS WILLIAMS
9311 FM 1488 RD 30-111
MAGNOLIA TX 77354

7.10 oz

**RDC 99**

SHIP
TO:    US DISTRICT COURT
515 RUSK ST ROOM 5300
HOUSTON TX 77002

**USPS CERTIFIED MAIL®**

9507 1066 3311 6201 4240 56

United States Courts
Southern District of Texas
FILED

JUL 23 2026

Nathan Ochsner, Clerk of Court