# UNITED STATES DISTRICT & BANKRUPTCY COURT

Southern District of Texas

20260717-134

Morris Williams

9311 FM 1488 30-111
Montgomery, TX 77354

United States Courts
Southern District of Texas
FILED

JUL 27 2026

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

---

Date: Friday, July 17, 2026
Case Number: 4:26-cv-03269
Document Number: 26 (2 pages)
Notice Number: 20260717-134
Notice: The attached order has been entered.

---

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX RPDC 773
21 JUL 2026 PM 1

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 77002 $ 000.78⁰
02 7W
0008035818 JUL. 20. 2026

United States Courts
Southern District of Texas
FILED

JUL 27 2026

Nathan Ochsner, Clerk of Court

[redacted] SA
77208>1010
77354-999955

NIXIE 773 DE 1 0007/25/26
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 77208101010 *0493-00319-25-39