United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Morris Williams, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-3269 |
| | § | |
| TransUnion, LLC, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Defendant Experian Information Solutions, Inc.'s Motion for Leave to File a Corrected Rule 12(c) Motion for Judgment on the Pleadings (Document No. 30). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

**ORDERS** that Defendant Experian Information Solutions, Inc.'s Motion for Leave to File a Corrected Rule 12(c) Motion for Judgment on the Pleadings (Document No. 30) is **GRANTED.**

SIGNED at Houston, Texas, on this __7__ day of August, 2026.

DAVID HITTNER
United States District Judge