United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Morris Williams, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-3269 |
| | § | |
| TransUnion, LLC, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

ORDER

Pending before the Court is Plaintiff's Motion for Permission to Use Electronic Filing (Document No. 37). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion for Permission to Use Electronic Filing (Document No. 37) is **DENIED.**

SIGNED at Houston, Texas, on this 18 day of August, 2026.

David Hittner

DAVID HITTNER
United States District Judge