IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
NOV 19 2026
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Morris Williams,<br>*Plaintiff,*<br><br>*v.*<br><br>Trans Union, LLC, and<br>Experian Information<br>Solutions, Inc,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No:** 4:26-cv-03269 |

**PLAINTIFF'S NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Plaintiff Morris Williams, proceeding *pro se*, pursuant to Rules 3 and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered November 16, 2026 (ECF No. 48), and the accompanying Order (ECF No. 47), granting Defendant Experian Information Solutions, Inc.'s Motion for Judgment on the Pleadings, dismissing Plaintiff's claims against Experian Information Solutions, Inc. and Trans Union LLC without prejudice for lack of subject-matter jurisdiction, and denying all remaining motions as moot.

Plaintiff appeals the Final Judgment and underlying Order in their entirety, including the dismissal of his claims against both Defendants.

*Respectfully submitted by,*

*/s/ Morris Williams*
**Morris Williams**
9311 FM 1488 30-111
Magnolia, TX 77354
travell2003@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I served a true and correct copy of Plaintiff's Notice of Appeal upon counsel of record for Experian Information Solutions, Inc. and Trans Union LLC by electronic mail, consistent with the parties' established practice of accepting service by email.

The original Notice of Appeal was also deposited in the United States mail, addressed to the Clerk of the United States District Court for the Southern District of Texas, Houston Division, for filing.

**Jared A. Boone**
**jaboone@venable.com**
VENABLE LLP
227 W. Monroe Street Ste: 1900
Chicago, IL 60606
(312) 820-3446
*Counsel for Experian*

**Najeeb Aminyar**
**najeeb.aminyar@gslwm.com**
Quilling Selander Lownds
Winsett & Moser, P.C.
5801 Tennyson Pkwy, Ste: 440
Plano, Texas 75024
(214) 560-5450
*Counsel for Trans Union*